Michael A. Urban, WSBA No. 20251
Wesley J. Smith, WSBA No. 51934
CHRISTENSEN JAMES & MARTIN, CHTD
7440 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 255-1718
Fax: (702) 255-0871
mike@cjmlv.com; wes@cjmlv.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OFTRUSTEES OF THE WESTERN WASHINGTON GLAZIERS TRUST FUNDS; and BOARD OF TRUSTEES OF GLAZIERS LOCAL 740 TRUST FUNDS,

Plaintiffs,

v.

DIGITAL INTERIOR GROUP, LLC; FELIPE FERNANDEZ CAMEY, an individual; and MARIO R. BONILLA, an individual,

Defendants.

CASE NO.: 2:24-cv-00928-RSL

2:26-mc-00019-MLP

**ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT DEBTOR EXAMINATION**

Having considered Plaintiffs' Motion for Judgment Debtor Examination of Felipe Fernandez Camey ("Camey") and Mario R. Bonilla ("Bonilla"), each individually and as responsible individuals of Digital Interior Group, LLC, the Declaration of Michael A. Urban, and good cause appearing,

**IT IS HEREBY ORDERED** that Felipe Fernandez Camey, on behalf of himself and as a responsible individual of Digital Interior Group, LLC, Defendants/Judgment Debtors, shall appear in Courtroom 12B at the United States District Court for the Western District of Washington,

Order Granting Plaintiffs' Motion for Judgment Debtor Examination

1

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / mike@cjmlv.com; wes@cjmlv.com
Counsel for the Plaintiffs

located at 700 Stewart Street, Seattle, Washington 98101, on the 13th day of July, 2026, at 9:30 a.m., to be sworn in for a Judgment Debtor Examination and answer questions concerning property subject to the ownership and control of himself and Digital Interior Group, LLC.

**IT IS FURTHER ORDERED** that Mario R. Bonilla, on behalf of himself and as a responsible individual of Digital Interior Group, LLC, Defendants/Judgment Debtors, shall appear in Courtroom 12B at the United States District Court for the Western District of Washington, located at 700 Stewart Street, Seattle, Washington 98101, on the 13th day of July, 2026, at 9:30 a.m., to be sworn in for a Judgment Debtor Examination and answer questions concerning property subject to the ownership and control of himself and Digital Interior Group, LLC.

**IT IS FURTHER ORDERED** that Felipe Fernandez Camey ("Debtor Camey") and Mario R. Bonilla ("Debtor Bonilla") (collectively "Debtors"), each on behalf of themselves and as responsible individuals of Digital Interior Group, LLC ("Debtor Company"), no later than seven (7) days prior to the respective examination set above, produce to Christensen James & Martin, at 7440 West Sahara Avenue, Las Vegas, Nevada 89117, the following documents under their control or under the control of their agents, attorneys, or accountants:

1. All financial statements prepared by or on behalf of each Debtor and Debtor Company from October 1, 2022, to the present.

2. All original monthly bank statements of each Debtor and Debtor Company from October 1, 2022, to the present.

3. All original savings account pass books, certificates of deposit, and trust certificates in the name of each Debtor and Debtor Company from October 1, 2022, to the present.

4. All original negotiable instruments and negotiable securities in the name of each Debtor and Debtor Company from October 1, 2022, to the present.

Order Granting Plaintiffs' Motion for Judgment Debtor Examination

2

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / mike@cjmlv.com; wes@cjmlv.com
Counsel for the Plaintiffs

5. All evidence or other memoranda of any ownership interest of each Debtor and Debtor Company in any other corporation, partnership, unincorporated association, or any business organized or conducted for the production of income from October 1, 2022, to the present.

6. All evidence or other memoranda of any income received by each Debtor and Debtor Company from October 1, 2022, to the present, including without limitation tax returns, insurance proceeds, or repayment of loans.

7. All evidence or other memoranda of any employer or place of work or employment of each Debtor and Debtor Company from October 1, 2022, to the present, including without limitation contracts, invoices, billings, vouchers, or payments.

8. All evidence of any ownership interest of each Debtor and Debtor Company, including without limitation bills of sale, pink slips, or any other record or title, in any motor vehicle, airplane, boat, equipment, or machinery, from October 1, 2022, to the present.

9. All evidence of any debts or repayments owed by each Debtor and Debtor Company, including without limitation those arising from loans or judgments from October 1, 2022, to the present.

10. Any and all evidence or other memoranda indicating that each Debtor and Debtor Company was either a plaintiff or a defendant in any lawsuit from October 1, 2022, to the present.

11. Any and all evidence or memoranda indicating that each Debtor and Debtor Company received any judgment, award, bequest, or devise in any lawsuit or other court action from October 1, 2022, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of each Debtor and Debtor Company in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of each Debtor and Debtor Company in any real property or developments on real property.

Order Granting Plaintiffs' Motion for Judgment Debtor Examination

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / mike@cjmlv.com; wes@cjmlv.com
Counsel for the Plaintiffs

14. Any and all evidence of the sale(s) of any real or personal property of each Debtor and Debtor Company from October 1, 2022, to the present.

15. Any and all loan applications filled out by each Debtor and Debtor Company since October 1, 2022.

16. Copies of all documents evidencing the sale or transfer of any assets of each Debtor and Debtor Company from October 1, 2022, to the present.

17. Any and all documents evidencing any federal or state tax liability of each Debtor and Debtor Company.

18. All accounts receivable of each Debtor and Debtor Company from October 1, 2022, to the present.

19. Original cash disbursement journals and check registers maintained in connection with any business of each Debtor and Debtor Company from October 1, 2022, to the present.

20. Federal income tax returns of each Debtor and Debtor Company for the years 2022, 2023, 2024, and 2025.

21. All payroll records and time cards of Debtor Company from October 1, 2022, to the present.

22. All accounts receivable of Debtor Company from October 1, 2022, to the present.

23. All daily job logs, diaries, or foreman reports of Debtor Company from October 1, 2022, to the present.

24. All daily job tickets or invoices of Debtor Company from October 1, 2022, to the present.

25. All daily job tickets or invoices of Debtor Company for work performed for Debtor Company from October 1, 2022, to the present.

26. All canceled checks drawn on any account established in the name of each Debtor and Debtor Company from October 1, 2022, to the present.

27. Any and all documents related to jobs performed or worked by Debtor Company, including but not limited to contracts, proposals, bids, waivers of lien, and any documents reflecting

Order Granting Plaintiffs' Motion for Judgment Debtor Examination

4

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / mike@cjmlv.com; wes@cjmlv.com
Counsel for the Plaintiffs

or designating the job, who it was performed for, the nature of the work performed, the location, and the individuals or subcontractors who actually performed the work on that job, from October 1, 2022, to the present.

28. Any and all documents relating to the ownership of, the lease of, or use of any real property by Debtor Company for office space or other use connected to its business operation, including but not limited to title documents and lease agreements, from October 1, 2022, to the present.

29. Any and all documents relating to or identifying owners, shareholders, managers, or partners of Debtor Company and the amount of shares or ownership interest owned by each, from October 1, 2022, to the present.

30. Any and all documents relating to the capitalization of Debtor Company when it commenced doing business, from October 1, 2022, to the present.

31. Any and all financial statements of each Debtor and Debtor Company or other documents reflecting the business finances, assets, and liabilities of each Debtor and Debtor Company, from October 1, 2022, to the present.

32. The signature cards for each bank account held by each Debtor and Debtor Company.

To the extent any of the records listed above are not available, Debtors shall each be prepared to testify as to the unavailability of those records.

...

...

...

...

...

...

Order Granting Plaintiffs' Motion for Judgment Debtor Examination

5

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / mike@cjmlv.com; wes@cjmlv.com
Counsel for the Plaintiffs

**NOTICE TO THE JUDGMENT DEBTORS**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES AND COSTS INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

Dated this 27th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

**CHRISTENSEN JAMES & MARTIN, CHTD**

By: */s/ Michael A. Urban*
Michael A. Urban, WSBA No. 20251
Wesley J. Smith, WSBA No. 51934
Attorneys for Plaintiffs

Order Granting Plaintiffs' Motion for Judgment Debtor Examination

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
T: (702) 255-1718 / mike@cjmlv.com; wes@cjmlv.com
Counsel for the Plaintiffs

6